UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Priscilla Lawrence,

                              Plaintiffs,

            -against-

.Sergeant Kevin Stewart,

                              Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/15/2026 _

**ORDER RE STATUS CONFERENCE**

*7:26-cv-3950 JGLC-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

            A Status Conference (via telephone) is hereby scheduled for **July 29, 2026  at 11:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties

should be prepared to discuss the following:

            (1) a brief summary of claims, defenses, and relevant issues;
            (2) the basis of subject matter jurisdiction;
            (3) the subjects on which discovery may be needed;
            (4) any anticipated discovery disputes or sought-after limitations on discovery;
            (5) any plans for electronic discovery and ESI protocols;
            (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
            (7) any anticipated motions; and
            (8) the prospects and timing for early settlement or resolution.


            **SO ORDERED.**

DATED:        White Plains, New York
              June 15, 2026

                                    _____
                                    VICTORIA REZNIK
                                    United States Magistrate Judge