USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

Lawrence,

Plaintiff,

-against-

Stewart,

Defendant.

--------------------------------------------------------------X

26-cv-03950-JGLC-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On July 9, 2026, the Court directed the parties to submit a joint status letter on the status of discovery by September 30, 2026. (ECF 07/29/2026). The Court has not yet received any such letter. The parties are directed to submit a joint status letter, which is now due **October 5, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
October 1, 2026

VICTORIA REZNIK
United States Magistrate Judge